UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRES COLMINES,

    Petitioner,    CIVIL ACTION NO. 06-10158
              HON. JOHN CORBETT O'MEARA
v.

ANDREW JACKSON,

    Respondent,

_____/

ORDER ADOPTING MAGISTRATE JUDGE SCHEER'S
<u>REPORT AND RECOMMENDATION</u>

   The Court having reviewed the Magistrate Judge's Report and Recommendation, filed

September 08, 2006, as well as any objections thereto filed by the parties, and being fully

advised in the premises;

   IT IS HEREBY ORDERED that the Report and Recommendation is accepted and

entered as the findings and conclusions of this Court, and the Petition for Writ of Habeas Corpus

be DISMISSED.

            <u>s/John Corbett O'Meara</u>
            United States District Judge

Dated: October 16, 2006

<u>Certificate of Service</u>

I hereby certify that the foregoing order was served upon the parties of record on October 16, 2006, electronically and/or by U.S. mail.


<u>s/William Barkholz</u>

Case Manager