UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRES COLMINES,

        Petitioner,        CIVIL ACTION NO. 06-10158
                                       HON. JOHN CORBETT O'MEARA

v.

ANDREW JACKSON,

        Respondent,

_____/

## JUDGMENT

This matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable John Corbett O'Meara, United States District Judge, presiding, and in accordance with the Order entered on this date;

IT IS ORDERED and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED.

                                                        David J. Weaver, Clerk of Court

                                                        s/William Barkholz
                                                        Deputy Clerk

Approved:
s/John Corbett O'Meara
United States District Judge

Dated: October 16, 2006